## Zinn *v.* York Railways Company, Appellant.

OPINION BY ORLADY, J., July 18, 1912:

This case was tried in the court below with that of John W. Spahr v. York Railways Co., No. 20, Oct. T., 1909, ante, p. 602, and for the reasons given in an opinion filed this day in that case, the judgment in this one is affirmed.